IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ARCIDEZ CASTILLOS-DIGUEZ
a/k/a Arcides Castillo-Dieguez,

Defendant.

24-CR-6072 FPG

**INFORMATION**
(Felony)

**Violation**:
21 U.S.C. § 841(a)(1)

(1 Count)

---

## COUNT 1

(Possession of 400 grams or More of Fentanyl with Intent to Distribute)

**The United States Attorney Charges That:**

On or about May 23, 2023, in the Western District of New York, the defendant, **ARCIDEZ CASTILLOS-DIGUEZ a/k/a Arcides Castillo-Dieguez**, did knowingly and intentionally possess with intent to distribute, a mixture and substance containing 400 grams or more of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

DATED:   Rochester, New York, May 29, 2024.

TRINI E. ROSS
United States Attorney

BY:   _____
MATTHEW T. MCGRATH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3965
matthew.mcgrath@usdoj.gov